IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
*(Electronically Filed)*

| | |
|---|---|
| WENDY KAMEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-cv-01115-JMS-MKK |
| ANDERSON POST ACUTE, LLC d/b/a PROVIDENCE ANDERSON, | ) ) ) ) |
| Defendant. | ) |

Dismissal with prejudice acknowledged [38].
JMS, DJ 4/12/23
Distribution via ECF

## STIPULATION OF DISMISSAL

\*\*\* \*\*\* \*\*\*

Plaintiff, Wendy Kamel and Defendant, Anderson Post Acute, LLC d/b/a Providence Anderson, by and through counsel, give notice that the parties have resolved the above-captioned cause of action and they stipulate and agree to dismissal of said cause of action with prejudice. The parties have agreed each party shall bear its own costs

HAVE SEEN AND AGREED, this 10th day of April 2023,

| | |
|---|---|
| */s/ Daniel J. Gibson (w/ permission)* | */s/ Aleksandr "Sasha" Litvinov* |
| Daniel J. Gibson (Atty No. 27113-18) | Todd B. Logsdon |
| DELK MCNALLY LLP | Indiana Bar No. 23284-72 |
| 211 S. Walnut Street | Aleksandr "Sasha" Litvinov |
| Muncie, Indiana 47305 | Indiana Bar No. 37238-39 |
| Telephone: (765) 896-9495 | FISHER & PHILLIPS LLP |
| Facsimile: (888) 453-0545 | 220 West Main Street, Suite 1700 |
| Email: gibson@delkmcnally.com | Louisville, Kentucky  40202 |
| | Telephone:  (502) 561-3990 |
| COUNSEL FOR PLAINTIFF | Facsimile:  (502) 561-3991 |
| | E-Mail:  tlogsdon@fisherphillips.com |
| | alitvinov@fisherphillips.com |
| | |
| | COUNSEL FOR DEFENDANT |

FP 46466176.1